UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03017-RLTB-MJW

MERNA J. SCARBOROUGH

    Plaintiff,

v.

STARTEK, INC.

    Defendant.

## ORDER GRANTING LEAVE TO WITHDRAW APPEARANCE AND REPRESENTATION AS COUNSEL (Docket No. 14)

This matter comes before the Court upon Petitioner's Motion to Withdraw as Attorney of Record. The Court has reviewed the Motion and is fully advised in the premises. It is

ORDERED that Petitioner's Motion be and is GRANTED and further that Robert J. Herrera and the law firm of Hagen & Melusky, Inc. be and is granted leave to withdraw appearance as counsel for Plaintiff, Merna J. Scarborough in the above action.

DATED this 27th day of September, 2011.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO