# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  10-cv-03017-LTB-MJW

MERNA J. SCARBOROUGH,

      Plaintiff,

v.

STARTEK, INC.,

      Defendant.

---

# **ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on October 25, 2011 (Doc 25).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITH PREJUDICE based upon the Plaintiff's failure to appear, failure to comply with court orders, and failure to prosecute.  It is

FURTHER ORDERED that Plaintiff is directed to pay the reasonable expenses, including attorney fees, incurred by the Defendant based upon the Plaintiff's failure to appear for the September 27, 2011, settlement conference.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:  November 10, 2011